SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Numeriano P. Inumerable (SBN 144076)
101 S. Western Ave.,
Los Angeles, CA 90004
Telephone: (213) 205-6560
cm@SoCalEAG.com

Attorneys for Plaintiff,
YEONG LEE

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YEONG LEE,<br><br>Plaintiff,<br><br>vs.<br><br>OC TINT & DETAIL, LLC; BEACH HN TN LLC; and DOES 1 to 10,<br><br>Defendants. | **Case No.: 8:26-cv-00363-FWS-KESx**<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Attorneys for Plaintiff YEONG LEE ("Plaintiff") and Defendant OC TINT & DETAIL, LLC; BEACH HN TN LLC stipulate and jointly request that this Court dismiss the above-captioned action, without prejudice, in its entirety. Each party shall bear his/her/its own costs and attorneys' fees.

\\

\\

\\

\\

\\

\\

STIPULATION OF DISMISSAL

Respectfully submitted,

DATED: April 27, 2026          SO. CAL. EQUAL ACCESS GROUP


By: _/s/  Jason J. Kim_____
    Jason J. Kim
    Attorneys for Plaintiff
    YEONG LEE


DATED: April 27, 2026


By: _/s/  Evan M. Rothman_____
    Evan M. Rothman
    Attorneys for Defendant
    Beach HN TN LLC


DATED: April 27, 2026


By: _____
    Scott Khy
    Representative for Defendant
    OC TINT & DETAIL, LLC


**Certification Pursuant to Local Rule 5-4.3.4(a)(2)(i)**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Jason J. Kim, do attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.


Dated: April 27, 2026          By: _/s/ Jason J. Kim_____
                                   Jason J. Kim


-2-

STIPULATION OF DISMISSAL